O 442 (Rev. 12/85) Warrant for Arrest

**FILED**

# United States District Court

MIDDLE _____ DISTRICT OF _____ ALABAMA    JUN 21 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA
v.
**NICKCOLE WOODY**

**WARRANT FOR ARREST**

CASE NUMBER: *3:05mj 77-M*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**NICKCOLE WOODY**____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

making a false or fictitious oral or written statement likely to deceive a firearms dealer and making a false or fictitious oral or written statement to a person licensed under Chapter 44 of the United States Code,

in violation of Title ___18___ United States Code, Section(s) _____922(a)(6) and 924(A)(1)(a)_____

**Vanzetta Penn McPherson** _____         **United States Magistrate Judge** _____
Name of Issuing Officer                                                        Title of Issuing Officer

*Vanzetta Penn McPherson* _____         _____
Signature of Issuing officer                                                   Date and Location

Bail fixed at $ _____         by _____
                                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |