# UNITED STATES DISTRICT COURT

_MIDDLE_ DISTRICT OF _ALABAMA_

UNITED STATES OF AMERICA
V.

NICKCOLE WOODY

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:05mj77-M

I, __NICKCOLE WOODY__, charged in a ☒ complaint ☐ petition pending in this District __MIDDLE DISTRICT OF ALABAMA__ in violation of __18__, U.S.C., __922(a)(6) & 924(a)(1)(A)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_6/22/05_
Date

_Nickcole Woody_
Defendant

_[signature]_
Counsel for Defendant