IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

*RECEIVED 2005 JUN 24 A 9:46 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 3:05-MJ-77 |
| NICOLE WOODY, | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, the undersigned attorney, and enters her appearance as counsel of record for the above referenced defendant.

Please forward all pleadings, notices and correspondence to:

Kyla Groff Kelim
ALEC BROWN & ASSOCIATES, P.C.
P.O. Box 1977
Alexander City, AL 35011-1977
(256) 409-9001
kkelim@lawyerz.net

Respectfully submitted this the 24th day of June, 2005.

_____
Kyla G. Kelim (GRO014)
Attorney for Defendant

Of counsel:

ALEC BROWN & ASSOCIATES, P.C.
P.O. Box 1977
Alexander City, AL 35011-1977
(256) 409-9001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the counsel for the United States of America, Verne H. Speirs, Esq., Office of the United States Attorney, P.O. Box 197, Montgomery, AL 36101-0197 via hand delivery on this the 24th day of June, 2005.

_____
Of counsel