# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

*UNITED STATES OF AMERICA*

vs.  *CASE NUMBER: 05mj77-M*

**NICKCOLE WOODY**

## ORDER

On 22 June 2005, the defendant, NICKCOLE WOODY, appeared for an initial appearance in which the defendant waived her rights to a detention and preliminary hearing. Accordingly, it is

ORDERED that the defendant, NICKCOLE WOODY, is bound over to the grand jury for further action.

DONE this 24th day of June, 2005.

*/s/ Vanzetta Penn McPherson*
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE